*Heritage Restoration, Inc., Respondent, v. Radabaugh et al., Petitioners*, No. 92292-6. Petition for review of a decision of the Court of Appeals, No. 45925-6-II, August 26, 2015, 189 Wn. App. 1046. *Denied* March 2, 2016.

*In re Estate of Thornton*, No. 92295-1. Petition for review of a decision of the Court of Appeals, No. 46337-7-II, August 25, 2015, 189 Wn. App. 1044. *Denied* March 2, 2016.

*Coyle, Petitioner, v. Goins, Respondent*, No. 92298-5. Petition for review of a decision of the Court of Appeals, No. 32418-4-III, August 20, 2015, 189 Wn. App. 1040. *Denied* March 2, 2016.

*In re Marriage of Schneiderman*, No. 92300-1. Petition for review of a decision of the Court of Appeals, No. 45874-8-II, August 18, 2015, 189 Wn. App. 1036. *Denied* March 2, 2016.

*In re Det. of H.N.*, No. 92301-9. Petition for review of a decision of the Court of Appeals, No. 72003-1-I, July 6, 2015, 188 Wn. App. 744. *Denied* March 2, 2016.

*In re Marriage of McNaught*, No. 92302-7. Petition for review of a decision of the Court of Appeals, No. 72343-0-I, August 17, 2015, 189 Wn. App. 545. *Denied* March 2, 2016.

*Zaratkiewicz, Petitioner, v. Guthrie, Respondent*, No. 92303-5. Petition for review of a decision of the Court of Appeals, Nos. 71201-2-I and 71490-2-I, July 20, 2015, 188 Wn. App. 1057. *Denied* March 2, 2016.

*State, Respondent, v. Helmer, Petitioner*, No. 92304-3. Petition for review of a decision of the Court of Appeals, No. 71607-7-I, July 27, 2015, 189 Wn. App. 1005. *Denied* March 2, 2016.

*Block, Petitioner, v. Law Offices of Ben F. Barcus & Assocs. et al., Respondents*, No. 92305-1. Petition for review of a decision of the Court of Appeals, No. 71742-1-I, July 27, 2015, 189 Wn. App. 1006. *Denied* March 2, 2016.